# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

THE CHURCH OF JESUS CHRIST OF
LATTER-DAY SAINTS, Servant:
XIU JIAN SUN, THE SPIRITUAL ADAM.
4812 207th St,
Oakland Gardens, NY 11364
646-675-0308
            Plaintiffs,
v.

Case: 1:21-cv-03392 JURY DEMAND
Assigned To : Chutkan, Tanya S.
Assign. Date : 12/23/2021
Description: Pro Se Gen. Civ. (F-DECK)

**Trial with god's law. Apply for jury to prevent insult and unfair behavior**

R. CRAIG LAWRENCE, Assistant United States
ATTORNEY JUDICIARY CENTER BUILDING, U.S. ATTORNEY'S OFFICE
555 4th Street, N.W.
Washington, D.C. 20530
202-252-2543
Email: craig.lawrence@usdoj.gov

JOSHUA LYNN ROGERS, Assistant U. S. Attorney
UNITED STATES ATTORNEY'S OFFICE - DISTRICT OF COLUMBIA
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-2578, 202-252-2543, 202-252-2500, 202-252-6829, 202-252-2563.
Fax: 202-252-2599
Joshua.Rogers3@usdoj.gov.

FRED ELMORE HAYNES, Assistant U.S. Attorney,
U.S. ATTORNEY'S OFFICE FOR THE DISTRICT OF COLUMBIA
555 Fourth Street, N.W., Room E-4110
Washington, D.C. 20530
202.252.255, (202) 252-2550, 202-252-2500, 202-252-2543, 202-252-2563.
Fax: 202-252-2599
fred.haynes@usdoj.gov.

PATRICIA KING. MCBRIDE, Assistant United States Attorney

U.S. ATTORNEY'S OFFICE FOR THE DISTRICT OF COLUMBIA
555 Fourth Street, NW, Room E-4808
Washington, DC 20530
(202) 252-7123, (202) 252-2579, 202-252-2543, 202-252-2563.
Fax: (202) 252-2599
Email: patricia.mcbride@usdoj.gov.

JESSIE K. LIU, United States Attorney
555 4th Street, N.W.
Washington, DC 20530

DANIEL F. VAN HORN
555 4th Street, N.W.
Washington, DC 20530

KENNETH ADEBONOJO, Assistant U.S. Attorney
U.S. ATTORNEY'S OFFICE FOR THE DISTRICT OF COLUMBIA
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 252-2562
kenneth.adebonojo@usdoj.gov

MICHAEL R. SHERWIN
Acting United States Attorney
for the District of Columbia

CHANNING D. PHILLIPS, D.C. Bar #415793, Acting U.S. Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530

BRIAN P. HUDAK, Acting Chief, Civil Division
555 Fourth Street, N.W.
Washington, D.C. 20530

JOHN MOUSTAKAS, Assistant U.S. Attorney
U.S. Attorney's Office (USA) Civil Division
U.S. ATTORNEY'S OFFICE FOR THE DISTRICT OF COLUMBIA
555 4th Street, NW

Washington, DC 20530
Direct: 202-276-1100, Firm: 202-252-2500, (202) 252-2518
Email: john.moustakas@usdoj.gov
　　　　Defendants

---

## COMPLAINT

The complaint of the plaintiff, -god's servant, Xiu Jian Sun, the spiritual Adam respectfully shows and alleges as follows

1. The Lord god of hosts Jehovah, sent messenger through the angel answers to the defendants said: "**Outside is washed, but did not wash inside**". (外面洗了，里面却没洗)

2. Jehovah, the lord god of host sends the messenger through the angel says, "In contempt of words from Israel family's angel."(蔑视以色列家使者的言语)

3. The Doctrine and Covenants Section 42

83). And thus ye shall do in all cases which shall come before you.

84). And if a man or woman shall rob, he or she shall be delivered up unto the law of the land.

85). And if he or she shall steal, he or she shall be delivered up unto the law of the land.

86). And if he or she shall lie, he or she shall be delivered up unto the law of the land.

87). And if he or she do any manner of iniquity, he or she shall be delivered up unto the law, even that of God.

88). And if thy brother or sister offend thee, thou shalt take him or her between him or her and thee alone; and if he or she confess thou shalt be reconciled.

89). And if he or she confess not thou shalt deliver him or her up unto the

church, not to the members, but to the elders. And it shall be done in a meeting, and that not before the world.

90). And if thy brother or sister offend many, he or she shall be chastened before many.

91). And if any one offend openly, he or she shall be rebuked openly, that he or she may be ashamed. And if he or she confess not, he or she shall be delivered up unto the law of God.

4.

92). If any shall offend in secret, he or she shall be rebuked in secret, that he or she may have opportunity to confess in secret to him or her whom he or she has offended, and to God, that the church may not speak reproachfully of him or her.

93). And thus shall ye conduct in all things.

## JURY DEMAND

5. Jehovah, - the Lord god of host gives the words to servant (Plaintiffs) in the temple he made, "Trial with god's law. **Apply for jury to prevent insult and unfair behavior.**"

6. I (servant) would like to request a Mandarin Chinese court interpreter for my court day.

Dated: December 21, 2021
        Queens, New York

The Church of Jesus Christ of Latter-day saints

Servant: *Xiu Jian Sun, the spiritual Adam*
Xiu Jian Sun, the spiritual Adam
4812 207th St,
Oakland Gardens, NY 11364
646-675-0308
Plaintiffs
