CLERK'S OFFICE  
UNITED STATES DISTRICT COURT  
FOR THE DISTRICT OF COLUMBIA

CO-932  
Rev. 4/96

NOTICE OF DESIGNATION OF RELA  
IN THIS OR ANY OTHER UNI

Case: 1:21-cv-03392 JURY DEMAND  
Assigned To : Chutkan, Tanya S.  
Assign. Date : 12/23/2021  
Description: Pro Se Gen. Civ. (F-DECK)

**NOTICE TO PARTIES:**

Pursuant to Rule 40.5(b)(2), you are required to prepare and submit this form at the time of filing any civil action which is related to any pending cases or which involves the same parties and relates to the same subject matter of any dismissed related cases. This form must be prepared in sufficient quantity to provide one copy for the Clerk's records, one copy for the Judge to whom the cases is assigned and one copy for each defendant, so that you must prepare 3 copies for a one defendant case, 4 copies for a two defendant case, etc.

**NOTICE TO DEFENDANT:**

Rule 40.5(b)(2) of this Court requires that you serve upon the plaintiff and file with your first responsive pleading or motion any objection you have to the related case designation.

**NOTICE TO ALL COUNSEL**

Rule 40.5(b)(3) of this Court requires that as soon as an attorney for a party becomes aware of the existence of a related case or cases, such attorney shall immediately notify, in writing, the Judges on whose calendars the cases appear and shall serve such notice on counsel for all other parties.

The plaintiff, defendant or counsel must complete the following:

I. RELATIONSHIP OF NEW CASE TO PENDING RELATED CASE(S).

A new case is deemed related to a case pending in this or another U.S. Court if the new case: [Check appropriate box(e's) below.]

- [ ] (a) relates to common property
- [ ] (b) involves common issues of fact
- [X] (c) grows out of the same event or transaction
- [ ] (d) involves the validity or infringement of the same patent
- [ ] (e) is filed by the same pro se litigant

2. RELATIONSHIP OF NEW CASE TO DISMISSED RELATED CASE(ES)

A new case is deemed related to a case dismissed, with or without prejudice, in this or any other U.S. Court, if the new case involves the <u>same</u> parties and <u>same</u> subject matter.

Check box if new case is related to a dismissed case: [X]

3. NAME THE UNITED STATES COURT IN WHICH THE RELATED CASE IS FILED (IF OTHER THAN THIS COURT):  
Supreme Court of the United States  
United States District Courts for The District of Columbia,   US District Court for Appeals District of Columbia Circuit,

4. CAPTION AND CASE NUMBER OF RELATED CASE(E'S). IF MORE ROOM IS NEED PLEASE USE OTHER SIDE.

Xiu Jian Sun, the spiritual Adam v. Obama Barack-Dog (Secret gang organization)   No. 1:17-cv-01861-JDB, 18-5313

Xiu Jian Sun, the spiritual Adam v. President of U.S.A. Mr. Donald John Trump – Cain   No.1:18-cv-02820-RC, 19-5197  
17-cv-1787-RC,

Xiu Jian Sun, the spiritual Adam v. President of U.S.A. MR. Donald John Trump -Wang Xing Ren   C.A. No. 18-5006,18-254  
1:20-cv-03331-RC, 21-5174

Xiu Jian Sun, the spiritual Adam v. R. Craig Lawrence, Joshua Lynn Rogers,   1:19-cv-02886-RC, 20-5112, 20-0655

12/21/2021  
DATE

Xiu Jian Sun the spiritual Adam  
Signature of Plaintiff/Defendant (or counsel)